## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-6994-GW(FFMx) | Date | July 8, 2010 |
|---|---|---|---|
| Title | *West Consolidators, Inc. v. Roadmaster (USA) Corp.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| James Marissen - via telephone | David E.R. Woolley - via telephone |
| John Mertens - Intvr Plf  - via telephone | George P. Hassapis |

**PROCEEDINGS:**     **GARNISHEE MEGA WAREHOUSING & DISTRIBUTION, INC.'S EX PARTE APPLICATION FOR ORDER FOR AN ACCOUNTING OF THE "LOCKBOX" ACCOUNT BY WELLS FARGO TRADE CREDIT AND ROADMASTER (filed 6/11/10);**

**STATUS CONFERENCE RE SETTLEMENT**

Hearing is held.  Court and counsel confer.

Plaintiff-in-Intervention Wells Fargo will have until noon on July 12, 2010 to respond to Garnishee Mega Warehousing & Distribution's request regarding the money received.

The Garnishee's Ex Parte Application and the Status Conference re Settlement are **continued** to **August 30, 2010 at 8:30 a.m.**  Parties will file a report by August 20, 2010, in the event that money is still owed.

|  | : | 04 |
|---|---|---|
| Initials of Preparer | JG | |